JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-00644-SSS-DTBx | Date | October 21, 2025 |
|---|---|---|---|
| Title | Actriv Healthcare, Inc. v. ProMedica Employment Services, LLC et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
None Present                                None Present

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING ACTION**

On October 8, 2025, this Court ordered Plaintiff to show cause as to why this case should not be dismissed upon permitting attorney Kevin E. Gaut to withdraw as Plaintiff's counsel. [Dkt. No. 33]. Plaintiff was ordered to submit a response by October 17, 2025, and advised that failure to obtain counsel may result in a dismissal of the case. [*Id.*]. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) (requiring corporations or artificial entities to appear in federal court with representation by counsel).

To date, Plaintiff has filed no response to the Court's order. Accordingly, this Court **DISMISSES WITHOUT PREJUDICE** the case. The hearing set for **October 24, 2025** is **VACATED**.

**IT IS SO ORDERED.**